Priority __✓__
Send ____
Enter __✓__
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.  **CR 06-175-JFW**                                              Date  July 10, 2006

Present: The Honorable  JOHN F. WALTER

| Shannon Reilly | Victoria Valine | Elizabeth Fishman, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. DFPD Panel | Interpreter |
|---|---|---|---|
| Khandaker Kabir<br>Present on Bond | Rick Goldman, DFPD | X | None |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT**

__X__ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     ____ See below for sentence.
____ Imprisonment for _____ on each of counts _____
. Count(s) _____ concurrent/consecutive to count(s) _____
. Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
         commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions,
     under the direction of the Probation Office:
     ____ Perform _____ hours of community service.
     ____ Serve _____ in a CCC/CTC.
     ____ Pay $ _____ fine amounts & times determined by P/O.
     ____ Make $ _____ restitution in amounts & times determined by P/O.
     ____ Participate in a program for treatment of narcotic/alcohol addiction.
     Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
     rules/regulations of INS, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report
     to the nearest P/O within 72 hours.
     ____ Other conditions: _____
Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
____ does not have the ability to pay.
____ Pay $ _____ per count, special assessment to the United States for a total of $ _____
____ Imprisonment for _____ and for a study pursuant to 18 USC _____
     with results to be furnished to the Court within _____ whereupon the sentence shall be subject to
     modification. This matter is set for further hearing on _____
____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
__X__ Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.   __X__ Processed statement of reasons.
____ Bond exonerated   ____ upon surrender   ____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____
     at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
     U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release   # _____
____ Present bond to continue as bond on appeal.     ____ Appeal bond set at $ _____
__X__ Filed and distributed judgment.
__X__ Other  On the Government's Motion, the Court Orders Counts 1, 2, 3, 5, and 6 of the Indictment DISMISSED.

                                                                                       Initials of Deputy Clerk _____

cc:  USPO
     PSA

DOCKETED ON CM
JUL 13 2006
BY _____  023

CR-90 (06/00)          CRIMINAL MINUTES - SENTENCING AND JUDGMENT                Page 1 of 1

```
• Priority    ✓
  Send        ✓
  Enter       ✓
  Closed      ___
  JS-5/JS-6   ✓
  JS-2/JS-3   ✓
  Scan Only   ___
```

**United States District Court**
**Central District of California**

SCANNED

| UNITED STATES OF AMERICA vs. | Docket No. | **CR 06-175-JFW** |

Defendant   Khandaker Kabir

akas:   Khandaker MD Shariair Kabir

Social Security No. 4 8 8 3
(Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person

| MONTH | DAY | YEAR |
|---|---|---|
| 07 | 10 | 2006 |

| COUNSEL | [X] WITH COUNSEL   Rick Goldman, DFPD |
| | (Name of Counsel) |

| PLEA | [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY |

| FINDING | There being a finding of [X] GUILTY, defendant has been convicted as charged of the offense(s) of: False Information and Hoaxes in violation 18 U.S.C. § 1038(a)(1) as charged in Count 4 of Six Count Indictment |

| JUDGMENT AND PROB/ COMM ORDER | The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: |

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Khandaker Kabir, is hereby placed on probation on Count 4 of the Indictment for a term of two years on the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. During the period of community supervision the defendant shall pay the special assessment and the fine in accordance with this judgment's orders pertaining to such payment;

3. The defendant shall participate for a period of three months in a home detention program which includes electronic monitoring and shall observe all rules of such program, as directed by the Probation Officer;

4. The defendant shall pay the costs of home confinement monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation in the electronic monitoring, GPS, and/or voice recognition program. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

| USA vs. Khandaker Kabir | Docket No.: **CR 06-175-JFW** |
|---|---|

5. The defendant shall comply with the immigration rules and regulations of the United States, and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the United States Probation Office, located at:

   United States Court House
   312 North Spring Street, Room 600
   Los Angeles, California 90012

6. The defendant shall cooperate in the collection of a DNA sample from the defendant.

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

It is ordered that the defendant shall pay to the United States a total fine of $2,000, which shall bear interest as provided by law.

The fine shall be paid in full immediately.

The defendant shall comply with General Order No. 01-05.

Defendant informed of right to appeal.

On the Government's Motion, the Court Orders Counts 1, 2, 3, 5, and 6 of the Indictment DISMISSED.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

_7/10/06_
Date

JOHN F. WALTER, U. S. District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

_7/10/06_
Filed Date

By Sherri R. Carter, Clerk
Shannon Reilly, Deputy

| USA vs. Khandaker Kabir | Docket No.: **CR 06-175-JFW** |
|---|---|

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

☐   The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

  1. Special assessments pursuant to 18 U.S.C. §3013;
  2. Restitution, in this sequence:
     Private victims (individual and corporate),
     Providers of compensation to private victims,
     The United States as victim;
  3. Fine;
  4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
  5. Other penalties and costs.

| USA vs. Khandaker Kabir | Docket No.: **CR 06-175-JFW** |
|---|---|

SCANNED

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

---

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
  at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____
Date        Deputy Marshal

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court
By

| USA vs. Khandaker Kabir | Docket No.: **CR 06-175-JFW** |
|---|---|

| Filed Date | Deputy Clerk | SCANNED |

---

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____       _____
         Defendant                                Date


_____       _____
U. S. Probation Officer/Designated Witness        Date